# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 18-315-RGK (AGR) | Date | April 9, 2019 |
| Title | Jarrod Gordon v. Perris Police Station, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Karl Lozada | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff | | Attorneys Present for Defendant |
| None | | None |

**Proceedings:** **In Chambers: MINUTE ORDER RE: (1) ORDER TO SHOW CAUSE WHY DEFENDANT ANDREW DANIEL OLIVAS SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO SERVE PROCESS; AND (2) ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO HAVE OLIVAS SERVED AT THE ADDRESS IN THE POLICE REPORT**

On February 13, 2018, Plaintiff, a prisoner who is proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint against several defendants including Defendant Andrew Daniel Olivas. On July 31, 2018, the court issued an Order Directing Service of Process by the U.S. Marshal. (Dkt. No. 18.)

On August 20, 2018, Plaintiff filed a motion for defendant to provide an address where Andrew Daniel Olivas may be served. (Dkt. No. 21.) The motion was denied without prejudice as premature and advised Plaintiff that he may serve an interrogatory upon Defendant County of Riverside requesting the last known address for Andrew Daniel Olivas. (Dkt. No. 35.) On November 9, 2018, Defendant provided the address of Mr. Olivas directly to the court for service of process. (Moran Decl. 6, Dkt. No. 45 at 12.) On December 12, 2018, Plaintiff filed a motion for an order requiring the U.S. Marshal to serve Mr. Olivas "at the address provided to the court by County Counsel." (Dkt. No. 47.) The court denied the motion as moot. (Dkt. No. 50.)

County Counsel provided two addresses for Mr. Olivas. The U.S. Marshals Service has unsuccessfully attempted to serve Andrew Daniel Olivas at these two different addresses. (Dkt. Nos. 64, 71.) At the first address, the resident stated she had lived there for three years and did not know Mr. Olivas. (Dkt. No. 64.) At the second address, the resident stated that an Andrew Olivas does not reside there. (Dkt. No. 71.)

On March 22, 2019, Plaintiff filed a motion to have Mr. Olivas served at the address identified on a police report dated December 2, 2015. (Dkt. No. 70; *see* Dkt. No. 21 at 2 (police report with address redacted).) Plaintiff's motion is denied as moot because the U.S. Marshals Service has already attempted service at the address in the police report and Mr. Olivas cannot be found there.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 18-315-RGK (AGR) | Date | April 9, 2019 |
|---|---|---|---|
| Title | Jarrod Gordon v. Perris Police Station, et al. | | |

Rule 4(m) provides: "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

"A pro se plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the summons and complaint" only after "having provided the necessary information to help effectuate service" under 28 U.S.C. 1915 and Rule 4. *Puett v. Blandford*, 912 F.2d 270, 275 (9th Cir. 1990). When service of process cannot be accomplished due to a pro se plaintiff's failure to submit the required information, and Plaintiff fails to remedy the situation after being put on notice, dismissal without prejudice is appropriate. *Walker v. Sumner*, 14 F.3d 1415, 1421-22 (9th Cir. 1994), *abrogated in part on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).

IT IS ORDERED that Plaintiff's motion to have Andrew Daniel Olivas served by the U.S. Marshals Service at the address on the police report is DENIED AS MOOT because service at that address has already been attempted unsuccessfully and Mr. Olivas cannot be found there.

IT IS FURTHER ORDERED that the Plaintiff show cause in writing **on or before May 9, 2019**, why Defendant Andrew Daniel Olivas should not be dismissed from this action without prejudice pursuant to Rule 4(m) for failure to serve process or for failure to prosecute. If Plaintiff does not file a timely response to this Order to Show Cause on or before May 9, 2019, and does not provide any other contact information, Defendant Andrew Daniel Olivas may be dismissed without prejudice for failure to serve process under Rule 4(m) or for failure to prosecute.

Initials of Preparer      kl