UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JARROD GORDON,

        Plaintiff,

    v.

PERRIS POLICE STATION, et al.,

        Defendants.

NO. EDCV 18-315-RGK (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

       On June 26, 2019, Plaintiff filed a "Motion to Proceed on the Damages Claims Against Deputy Clark." Plaintiff states that he "agrees with Magistrate Judge's report and recommendation" and will proceed on damages claims against defendant Deputy Clark. (Mot. at 1.)

       IT IS ORDERED as follows:

(1)    Defendants' motions to dismiss the injunctive relief claims are granted without leave to amend and Defendants' motions to dismiss under Fed. R. Civ. P. 12(b)(1) in all other respects are denied;

1     (2) Defendants' motions to dismiss the complaint under Fed. R. Civ. P. 12(b)(6) are granted in part and denied in part as follows: (a) the claims against Defendants Corona and the Riverside County District Attorney's Office are dismissed without leave to amend; (b) the claims against the Perris Police Station are dismissed with leave to amend; and (c) Defendant Clark's motion to dismiss is denied; and

    (3) In light of Plaintiff's indication that he does not intend to file a First Amended Complaint, this action will proceed on the damages claims against Defendant Clark.

    (4) Defendant Clark is ordered to file a response to Plaintiff's complaint within 30 days after entry of this order. The matter is referred back to the magistrate judge.

DATED: 7-10-19

*/s/ Gary Klausner*
R. GARY KLAUSNER
United States District Judge