# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| JARROD GORDON, | ) | No. EDCV 18-315-RGK (AGR) |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE** |
| PERRIS POLICE STATION, et al., | ) | |
| Defendants. | ) | |
| | ) | |

In this civil rights action, on November 18, 2019, Plaintiff filed a notice of change of address to: Mr. Jarrod Gordon 201943600, P. O. Box 710, Riverside, California 92501.  (Dkt. No. 91.)

On December 2, 2019, the Court received a document from Plaintiff requesting "an update and status" of his case.  On December 4, 2019, the Court mailed Plaintiff a copy of the docket to the address provided by Plaintiff.

On December 6, 2019, the Court re-mailed Plaintiff the Order re Discovery and Motions that set the discovery and motions deadlines in this case.  (Dkt. No. 86.)

On December 13, 2019, the court's mail was returned  as undeliverable by the postal service indicating "Return to Sender Not in Custody." (Dkt. No. 94.)  The same

day, December 13, 2019, the Court re-mailed Plaintiff the Order re Discovery and Motions (Dkt. No. 86) Status Report filed by Defendant Clark (Dkt. No. 89), and a copy of the docket.

On December 16, 20 and 27, 2019, the mail was returned as undeliverable by the postal service indicating "Return to Sender Not in Custody." (Dkt. Nos. 95, 97-99.)

Local Rule 41-6 requires that a Plaintiff proceeding pro se must keep the Court apprised of the Plaintiff's current address. In addition, Local Rule 41-6 provides that "the Court may dismiss the action with or without prejudice for want of prosecution" if the Plaintiff fails to notify the Court in writing of Plaintiff's current address within 15 days after mail is returned as undeliverable by the Postal Service.

Plaintiff has failed to notify the court in writing of Plaintiff's current address within 15 days after mail is returned as undeliverable as required in Local Rule 41-6.

Accordingly, IT IS ORDERED that, on or before **February 27*, 2020***, Plaintiff shall show good cause, if there be any, why this action should not be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. ***Filing a Notice of Current Address on or before February 27, 2020, shall be deemed compliance with this Order to Show Cause.***

***If Plaintiff does not timely file a Notice of Current Address on or before February 27, 2020, or otherwise respond to this Order to Show Cause, the court may recommend that the action be dismissed without prejudice for plaintiff's failure to prosecute and/or failure to comply with a court order.*** *See Link v. Wabash R.R.*, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962).

DATED: January 28, 2020

Alicia G. Rosenberg

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE