UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>  Plaintiff,<br><br>  v.<br><br>PERRIS POLICE STATION, et al.,<br><br>  Defendants. | NO. EDCV 18-315-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant's motion for judgment on the pleadings is GRANTED IN PART AND DENIED IN PART as follows:

(1) Defendant's motion for judgment on the pleadings is granted and the malicious prosecution claim is dismissed without leave to amend; and

(2) Defendant's motion for judgment on the pleadings as to the false imprisonment claim is denied.

1 | The action is referred back to the magistrate judge for further proceedings.

4 | DATED: February 9, 2021

*Gary Klausner*

R. GARY KLAUSNER
United States District Judge