UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>        Plaintiff,<br><br>    v.<br><br>PERRIS POLICE STATION, et al.,<br><br>        Defendants. | NO. EDCV 18-315-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Defendant's motion for summary judgment is granted and the entire action is dismissed with prejudice.

DATED: 2/22/2022

R. GARY KLAUSNER  
United States District Judge