JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON, | NO. EDCV 18-315-RGK (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| PERRIS POLICE STATION, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's motion for summary judgment is granted, judgment is entered in favor of Defendants, and the entire action is dismissed with prejudice.

DATED: 2/22/2022

R. GARY KLAUSNER
United States District Judge